In the Matter of the Accounting of FRANK C. GENOVESE, as Executor of MARGUERITE J. METTE, Deceased, Appellant. JOSEPH C. GENOVESE, Attorney for

Executor, Appellant; JOHN BOLINGER et al., Respondents.— Decree and order of the Surrogate's Court, Putnam County, insofar as appealed from, unanimously affirmed, with costs to the successful parties who have appeared and filed briefs, payable out of the estate. No opinion. Present — Lewis, P. J., Johnston, Adel, Sneed and Wenzel, JJ. [See *ante*, p. 740; *post*, p. 985.]